UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN HENRY PITTMAN,** | * | CIVIL ACTION |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | NO. 23-cv-2071 |
| | * | |
| **KEITH COOLEY, WARDEN** | * | SECTION "J" (2) |
| **RESPONDENT** | * | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Keith Cooley, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due (Rec. Doc. 9).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until September 14, 2023, to answer Brian Henry Pittman's *habeas corpus* petition and to

produce the state court record in the above-captioned matter.

          Respectfully submitted,

          /s/ Matthew Caplan
          Matthew Caplan
          La. Bar No. 31650
          Assistant District Attorney
          22nd Judicial District – Parishes of
             St. Tammany and Washington
          701 N. Columbia Street
          Covington, LA 70433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

Brian Henry Pittman, DOC # 583397
Allen Correctional Center
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648
*Petitioner, pro se*.

This 24th day of August, 2023, Covington, Louisiana.

          /s/ Matthew Caplan
          Matthew Caplan
          La. Bar No. 31650
          Assistant District Attorney
          22nd Judicial District – Parishes of
             St. Tammany and Washington
          701 N. Columbia Street
          Covington, LA 70433