UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN HENRY PITTMAN,** * | | **CIVIL ACTION** |
| **PETITIONER** * | | |
| * | | |
| **VERSUS** * | | **NO. 23-cv-2071** |
| * | | |
| **KEITH COOLEY, WARDEN** * | | **SECTION "J" (2)** |
| **RESPONDENT** * | | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until September 14, 2023, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
MAGISTRATE JUDGE