UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HENRY PITTMAN,** PETITIONER | **CIVIL ACTION** |
| VERSUS | NO. 23-cv-2071 |
| **KEITH COOLEY, WARDEN** RESPONDENT | SECTION "J" (2) |

## ORDER

Considering Respondent's Motion for Extension of Time (ECF No. 13),

IT IS ORDERED that the Respondent's motion is GRANTED and Respondent shall have an additional twenty-one (21) days or until September 14, 2023, to produce the state court record and file a response in the above-captioned case.

IT IS FURTHER ORDERED that petitioner Brian Henry Pittman may file a reply memorandum within thirty (30) days after the filing of the answer or response by Respondent.

New Orleans, Louisiana, this 25th day of August, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE