```
                            Brian Pittman, Nº. 583397
                            Allen Correctional Center
                          3751 Lauderdale Woodyard Rd.
                                Kinder, LA 70648
```

October 6, 2023

Clerk of Court
U.S. Federal District Court
Eastern District of Louisiana
Hale Boggs Federal Bldg.
500 Poydras St., Rm. C151
New Orleans, LA 70130

    RE:  BRIAN HENRY PITTMAN #583397 V. KEITH COOLEY, WARDEN, CIVIL ACTION Nº.: 23-CV-2071; RESPONSE TO STATE'S RESPONSE TO PETITION FOR HABEAS CORPUS RELIEF

Dear Honorable Clerk of Court:

    Please find enclosed my response to the State's Response to Petition for Habeas Corpus along with a Copy of the Memorandum in Support of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 that was filed in the Western District that I respectfully ask you please file into the Court's docket for judicial consideration and disposition.

In the event there are any discrepancies noted with the instant filing, please kindly return the matter, with an explanation of the discrepancy, so that I may make any corrections possible and thereafter resubmit.

    Thanking you in advance for your time and consideration.

                                     Sincerely,

                                     /s/ Brian Henry Pittman
                                   Brian Henry Pittman, Nº. 583397
                                   Allen Correctional Center
                                   3751 Lauderdale Woodyard Rd
                                   Kinder, LA 70648

Encl: (1)