Brian Pittman, Nº. 583397
Allen Correctional Center
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648

December 21, 2023

Clerk of Court
U.S. Federal District Court
Eastern District of Louisiana
Hale Boggs Federal Bldg.
500 Poydras St., Rm. C151
New Orleans, LA 70130

    RE:   BRIAN HENRY PITTMAN #583397 V. KEITH COOLEY, WARDEN, CIVIL ACTION Nº.: 23-CV-2071; OBJECTION TO THE HONORABLE JUDGE CURRAULT'S REPORT AND RECOMMENDATION

Dear Honorable Clerk of Court:

    Please find enclosed my Objection to the Honorable Judge Currault's Report and Recommendation that I respectfully ask you please file into the Court's docket for judicial consideration and disposition.

    In the event there are any discrepancies noted with the instant filing, please kindly return the matter, with an explanation of the discrepancy, so that I may make any corrections possible and thereafter resubmit.

    Thanking you in advance for your time and consideration.

                                    Sincerely,

                                    /s/   Brian Henry Pittman
                                  Brian Henry Pittman, Nº. 583397
                                  Allen Correctional Center
                                  3751 Lauderdale Woodyard Rd
                                  Kinder, LA 70648

Encl: (1)