# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HENRY PITTMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2071** |
| **KEITH COOLEY, WARDEN** | **SECTION "J"(2)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

\_\_X\_\_\_\_    a certificate of appealability shall not be issued for the following reason(s): Petitioner has not made a substantial showing that he was denied any constitutional right.

New Orleans, Louisiana, this 24th day of January, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE