# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HENRY PITTMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2071** |
| **KEITH COOLEY, WARDEN** | **SECTION "J"(2)** |

## J U D G M E N T

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Keith Cooley, Warden, and against petitioner, Brian Henry Pittman, dismissing Pittman's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

New Orleans, Louisiana, this 24th day of January, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE