# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>**600 S. MAESTRI PLACE,**<br>**Suite 115**<br>**NEW ORLEANS, LA 70130** |

March 08, 2024

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      Re: Brian Henry Pittman #583397
      USDC No. 2:23-CV-2071

Dear Ms. Michel,

I am forwarding a motion for certificate of appealability received in this court.  Please treat this motion as a notice of appeal and transmit to this court.  We have noted the date received here.  When you file the notice of appeal use that date, see Fed. R. App. P. 4(d).

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Monica R. Washington, Deputy Clerk
                504-310-7705