

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF LOUISIANA

BRIAN HENRY PITTMAN, #583397 )
  )
Plaintiff(s) )
  )
v. )
  ) Case No. 24-30143
KEITH COPLEY, WARDEN, )
USDC N°. 2:23-CV-2071 )
Defendant(s) )
  )

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: Brian Pittman, #583397    Date: 3/22/2024

My issues on appeal are: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL FOR FAILING TO PERFORM PROPER PRE-TRIAL INVESTIGATION OF DNA EVIDENCE IN VIOLATION OF 6TH AMENDMENT; TRIAL COUNSEL FAILED TO INVESTIGATE THE CODIS HIT WHICH RESULTED IN PITTMAN BEING DEVELOPED AS A SUSPECT IN VIOLATION OF PITTMAN'S 6TH AMENDMENT RIGHT TO EFFECTIVE COUNSEL AND RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

TENDERED FOR FILING

MAR 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): | $ SEE STATEMENT | $ N/A | $ SEE STATEMENT | $ N/A |
| **Total monthly income:** | $ SEE STATEMENT | $ N/A | $ SEE STATEMENT | $ N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | INCARCERATED | N/A | $ N/A |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ SEE STATEMENT OF ACCOUNT

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| SEE STATEMENT OF | ACCOUNT | $ — | $ —  N/A |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>    Are real estate taxes included?    [ ] Yes [ ] No N/A<br>    Is property insurance included?    [ ] Yes [ ] No N/A | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |

| | | |
|---|---|---|
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ 0 | $ N/A |
|    Life: | $ 0 | $ N/A |
|    Health: | $ 0 | $ N/A |
|    Motor vehicle: | $ 0 | $ N/A |
|    Other: | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | | |
|    Motor Vehicle: | $ 0 | $ N/A |
|    Credit card (name): | $ 0 | $ N/A |
|    Department store (name): | $ 0 | $ N/A |
|    Other: | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 0 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes [✓] No        If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [✗] No

    *If yes, how much?* $ __N/A__

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM INCARCERATED AND INDIGENT WITH SMALL FINANCIAL DEPOSITS RECEIVED FROM MY MOTHER SPORADICALLY.

12. *State the city and state of your legal residence.* ALLEN CORRECTION CENTER 3751 LAUDERDALE WOODYARD RD. KINDER, LA 70648

    *Your daytime phone number:* (___) N/A

    *Your age:* 40   *Your years of schooling:* INCARCERATED

    *Last four digits of your social-security number:* 5262

## STATEMENT OF ACCOUNT
**(Certified Institutional Equivalent)**
**(To Be Completed by the Institution of Incarceration)**

I hereby certify that this inmate, <u>Brian Henry Pittman N°. 583397</u>, has a present inmate account balance of $ 98.26 at the **Allen Correctional Center**. I further certify that during the past six months the applicant's average balance was $ 9.31 and that the applicant's average monthly deposits were $ 11.67 . I have attached a certified copy of the applicant's prison trust fund account showing at least the past six months' transactions.

I further certify that the applicant does ☑ or does not ☐ have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ 44.80 .

3/21/2024
**(Date)**

_Miranda C. Fontenot_ (signature)
**(Signature of Authorized Officer)**

Miranda C. Fontenot
**(Printed Name of Authorized Officer)**

```
Press F1 To See Debt Account Transaction Numbers
.DATE
                                                                                E000650
 .TO. .NUM. POST
*TR.NUMBER.NUMBER.  DATE  .Y. DEPOSIT .WITHDRAWL.   DATE   .NUM.T.NOT POSTD. POSTED BY. NUM.F. TRANSACTION DESCRIPTION .TRN. DATE
*==.======.======.========.=.=========.==========.==========.===.=.==========.==========.======.========================.===.======
 50 583397 CS47AE 09/01/23 D      0.63   00000000              P            BATCH        9999   51PSPOSTAGE               23090
    583397 T244AE 09/01/23 R      3.00   00000000              P                                51JPAY CREDIT-STAMP/MUSIC 23090
 78 583397 CS93AE 10/13/23 D      2.31   00000000              P            BATCH        9999   51LPLEGAL POSTAGE         23101
 80 583397 CS93AE 10/13/23 D      2.31   00000000              P            BATCH        9999   51LPLEGAL POSTAGE         23101
    583397 J341DP 12/07/23 D     30.00            Mob          P                              C 67DELORIS PITTMAN          23121
    583397 T347AE 12/13/23 D      1.50                         P                                51JPAY CREDIT-STAMP/MUSIC 23121
                                         ..... END REPORT .....
```

*Sept - December 2023*

```
Press F1 To See Debt Account Transaction Numbers
.DATE                                                                                               E000650
*TO. LSP .TRANSM. TRANSM. .T.  AMOUNT    AMOUNT    HOLD  .TRN.S.TRANSACTN.     STA.V.                    .NUM. POST
**TR.NUMBER.NUMBER. DATE .Y. DEPOSIT .WITHDRAWL.   DATE  .NUM.T.NOT POSTD. POSTED BY. NUM.F. TRANSACTION DESCRIPTION .TRN. DATE
*=.======.=======.========.=.==========.==========.========.===.=.==========.==========.===.=.=============================.===.======
 18 583397 J004DP 01/04/24 D      40.00                           Mob P                9999  C 67DELORIS PITTMAN              24010
    583397 CU06AE 01/26/24 D               1.83 00000000               P         BATCH        51LPLEGAL POSTAGE               24012

...... END REPORT ......
```

January - February 2024

```
DEPARTMENT OF CORRECTIONS                                           DATE : 03/21/24
INMATE MASTER RECORD INFORMATION                                    TIME : 14:07:09
==================================================================================
DOC NUMBER...:  583397           STATUS....:  ACTIVE
LAST NAME    :  PITTMAN          FIRST NAME:  BRIAN          M.I.:
SENT LENGTH  :  025 YRS. 00 MONS. 00 DAYS
RACE         :  BLACK            DOC SYSTEM ENTRY DATE :  02/04/19
SEX          :  MALE             DISCHARGE DATE :  99/99/99
LAST UPDATE  :  03/08/24         SAVINGS BONDS  :  N
==================================================================================
LIVING QTRS      : SATURN-C2                        LIVING QTRS # : C321
                   SATURN SECTION C2
WORK ASSIGNMENT  : KITCHEN                     WORK ASSIGNMENT # : 5031
                   FOOD PREP/SERVER 1                  PAY RATE  : .040
INC.PAY XFER FLAG:                         INC.PAY XFER DATE.: 20230707
==================================================================================
DRAWING BALANCE :  $    98.26    ->LAST 6 MONTH AVERAGE..:  $       6.77
SAVINGS BALANCE :  $    44.80    ->LAST 6 MONTH AVERAGE..:  $      17.32
RESERVE BALANCE :  $     0.00
TOTAL DEBT OWED :  $     0.00    LAST 6 MTH AVG EARNINGS.:  $      36.40
ACCRUED SALES   :  $    00.00         INSTITUTION LIMIT  :  $     125.00
PERSONAL PROP. ACCRUED: $  0.00   PERSONAL PROPERRTY LIMIT:  $     250.00
==================================================================================
  PRESS XMIT TO REQUEST ANOTHER INQUIRY : (ENTER X TO CANCEL FUNCTION)
```

Brian Pittman, N°. 583397
Allen Correctional Center
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648

LEGAL MAIL

Allen Correctional Center
Inmate Correspondence Not Censored

Clerk of Court
U.S. Federal District Court
Eastern District of Louisiana
Hale Boggs Federal Bldg.
500 Poydras St., Rm. C151
New Orleans, LA 70130

70130-33531

BATON ROUGE LA 707
26 MAR 2024 PM 3 L
US POSTAGE PITNEY BOWES
ZIP 70648
02 4W
000381938 $000.88
MAR 25 2024