UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HENRY PITTMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2071** |
| **KEITH COOLEY, WARDEN** | **SECTION "J"** |

## ORDER

Considering the petitioner Brian Henry Pittman's application to proceed *in forma pauperis* on appeal (ECF No. 25),

**IT IS ORDERED** that:

[X] the motion is **GRANTED**; the party is entitled to proceed *in forma pauperis*.

[ ] the motion is **MOOT**; the party was previously granted pauper status.

[ ] the motion is **DENIED**; the party has sufficient funds to pay the filing fee.

[ ] the motion is **DENIED** as **MOOT**; the filing fee has already been paid.

[ ] the motion is **DENIED**; the requested financial information has not been provided.

[ ] the motion is **DENIED**; the party is not entitled to proceed *in forma pauperis* for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 3rd day of April, 2024.

_____
CARL J. BARBIER
**UNITED STATES DISTRICT JUDGE**