# United States Court of Appeals
## for the Fifth Circuit

No. 24-30143

United States Court of Appeals
Fifth Circuit
**FILED**
May 24, 2024
Lyle W. Cayce
Clerk

Brian Henry Pittman,

*Petitioner—Appellant*,

versus

Keith Cooley, *Warden*,

*Respondent—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-2071

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of May 24, 2024, for want of prosecution. The appellant failed to timely comply with certificate of appealability requirements.

No. 24-30143

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

By: _____
    Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT